**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SOUTHERN OAK INSURANCE
COMPANY,

        Plaintiff,

v.                                                                                  Case No.: 6:22-cv-1478-WWB-EJK

FORD MOTOR COMPANY,

        Defendant.

_____

## ORDER

THIS CAUSE is before the Court on the parties' Stipulation of Voluntary Dismissal With Prejudice (Doc. 24), filed June 29, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on July 6, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record